denied. *Mr. Ernest A. Bigelow* for petitioners. *Mr. Arthur Mayer* for respondent.

---

No. 640. LIFE PRESERVER SUIT COMPANY, INC., *v.* NATIONAL LIFE PRESERVER COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward E. McCall* for petitioner. *Mr. W. Bourke Cockran* for respondents.

---

No. 643. JOSEPH COHEN *v.* PEOPLE OF THE STATE OF NEW YORK. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Frank Moss* and *Mr. Samuel Marcus* for petitioner. *Mr. Merton E. Lewis* and *Mr. Alfred L. Becker* for respondent.

---

No. 645. NEW ORLEANS, MOBILE & CHICAGO RAILROAD COMPANY *v.* HILL MANUFACTURING COMPANY. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. James N. Flowers* and *Mr. Joseph C. Rich* for petitioner. *Mr. Francis S. Laws* for respondent.

---

No. 646. SAMUEL J. ROSENTHAL ET AL. *v.* UNITED STATES. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles B. Stafford* for petitioners. No brief for the United States.